# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:

**John Adam Greer**
    Debtor

Case No.:   14–12269–SDB

Judge:   Susan D. Barrett

Chapter:   13

### NOTICE OF MODIFICATION OF PLAN BEFORE CONFIRMATION

On April 7, 2015 , the above–captioned Debtor filed a modification of the plan in this case.

Any holder of a secured claim that has accepted or rejected the plan is deemed to have accepted or rejected, as the case may be, the plan as modified, unless the modification provided for a change in the rights of such holder from what such rights were under the plan before modification, and such holder changes such holder's previous acceptance or rejection.

THE HEARING ON CONFIRMATION IS ASSIGNED/REASSIGNED FOR:

*May 14, 2015 , at 03:30 PM*
*Federal Justice Center, Plaza Bldg, 600 James Brown Blvd (9th St), Augusta, GA 30901*

At the confirmation hearing the Court will conduct a hearing on any motion to value collateral or to avoid liens as set forth in the debtor's plan and motion or in the modified plan. Objections to modified plan, valuation, or lien avoidance shall be filed seven days prior to the hearing date shown above.

*Lucinda B. Rauback, CLERK*
United States Bankruptcy Court
PO Box 1487
Augusta, GA 30903

Dated **April 8, 2015**

*13–39[Rev. 05/12]* **BG**